# EXHIBIT "2"

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Brendan W. Brandt, Esq. (SBN 150603)/Andrew R. Morand (SBN 278509)<br>VARNER & BRANDT LLP<br>3750 University Avenue, Ste 610<br>Riverside CA 92501<br>TELEPHONE NO.: 951 274-7777   FAX NO. *(Optional):* 951 274-7770<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* STATER BROS. MARKETS | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Bernardino
STREET ADDRESS: 247 W. Third Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino CA 92415
BRANCH NAME: Main

PLAINTIFF/PETITIONER: STATER BROS. MARKETS

DEFENDANT/RESPONDENT: CAROLINA TRANSPORTATION, INC.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>CIVDS 1807116 |
|---|---|

TO *(insert name of party being served):* Petr Radchishin, as agent for service for, Carolina Transportation Inc.

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: March 29, 2018

Andrew R. Morand
(TYPE OR PRINT NAME)                                         (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [X] A copy of the summons and of the complaint.
2. [X] Other: *(specify):* Civil Case Cover Sheet; Certificate of Assignment; Notice of Trial Setting Conference

*(To be completed by recipient):*
Date this form is signed:

_____         _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,      (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                              ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Legal Solutions Plus

Code of Civil Procedure,
§§ 415.30, 417.10

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Brendan W. Brandt, Esq. (SBN 150603)/Andrew R. Morand (SBN 278509)<br>VARNER & BRANDT LLP<br>3750 University Avenue, Ste 610<br>Riverside CA 92501<br>TELEPHONE NO.: 951 274-7777    FAX NO. (Optional): 951 274-7770<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): STATER BROS. MARKETS | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 W. Third Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino CA 92415
BRANCH NAME: Main

PLAINTIFF/PETITIONER: STATER BROS. MARKETS

DEFENDANT/RESPONDENT: CAROLINA TRANSPORTATION, INC.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>CIVDS 1807116 |
|---|---|

TO (insert name of party being served): Petr Radchishin, as agent for service for, Carolina Transportation Inc.

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: March 29, 2018

Andrew R. Morand
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):

1. [X] A copy of the summons and of the complaint.
2. [X] Other: (specify): Civil Case Cover Sheet; Certificate of Assignment; Notice of Trial Setting Conference

(To be completed by recipient):
Date this form is signed:

▶

_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Legal Solutions Plus | Code of Civil Procedure,<br>§§ 415.30, 417.10 |

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

**COPY**

**NOTICE TO DEFENDANT:** CAROLINA TRANSPORTATION, INC.;
**(AVISO AL DEMANDADO):** AND DOES 1 THROUGH 25, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:** STATER BROS. MARKETS
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

F I L E D
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

MAR 26 2018

BY _____
SANDRA ORTEGA, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of the State of California
247 W. Third Street
San Bernardino CA 92415

**CASE NUMBER:**
*(Número del Caso):* CIVDS 1807116

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Brendan W. Brandt, Esq. (SBN 150603)       951 274-7777      951 274-7770
VARNER & BRANDT LLP
3750 University Avenue, Ste 610
Riverside CA 92501

**DATE:** MAR 26 2018                    Clerk, by  SANDRA ORTEGA            , Deputy
*(Fecha)*                                *(Secretario)*                      *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
    under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal Solutions

Code of Civil Procedure §§ 412.20, 465

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

STATER BROS. MARKETS

vs.

CAROLINA TRANSPORTATION, INC.

CASE NO.: CIVDS 1807116

### CERTIFICATE OF ASSIGNMENT

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the San Bernardino District of the Superior Court under Rule 404 of this court for the checked reason:

☐ General        ☐ Collection

| | Nature of Action | Ground |
|---|---|---|
| ☐ | 1. Adoption | Petitioner resides within the district. |
| ☐ | 2. Conservator | Petitioner or conservatee resides within the district. |
| ☒ | 3. Contract | Performance in the district is expressly provided. |
| ☐ | 4. Equity | The cause of action arose within the district. |
| ☐ | 5. Eminent Domain | The property is located within the district. |
| ☐ | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 9. Mandate | The defendant functions wholly within the district. |
| ☐ | 10. Name Change | The petitioner resides within the district. |
| ☐ | 11. Personal Injury | The injury occurred within the district. |
| ☐ | 12. Personal Property | The property is located within the district. |
| ☐ | 13. Probate | Decedent resided or resides within the district or had property within the district. |
| ☐ | 14. Prohibition | The defendant functions wholly within the district. |
| ☐ | 15. Review | The defendant functions wholly within the district. |
| ☐ | 16. Title to Real Property | The property is located within the district. |
| ☐ | 17. Transferred Action | The lower court is located within the district. |
| ☐ | 18. Unlawful Detainer | The property is located within the district. |
| ☐ | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☐ | 20. Other_____ | |
| ☒ | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

| Property is located within the district | 1450 Mountain View Avenue | |
|---|---|---|
| NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR | ADDRESS | |
| Redlands | California | 92374 |
| CITY | STATE | ZIP CODE |

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on March 23, 2018 at Riverside , California

Signature of Attorney/Party

Brendan W. Brandt, Esq. (SBN 150603)

CERTIFICATE OF ASSIGNMENT

13-16503-360, Rev 06-2014                                                SB-16503

*Received MAR 26 2018 SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO*

**CM-010**

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Brendan W. Brandt, Esq. (SBN 150603)
VARNER & BRANDT LLP
3750 University Avenue, Ste 610
Riverside CA 92501
TELEPHONE NO.: 951 274-7777    FAX NO.: 951 274-7770
ATTORNEY FOR *(Name):* STATER BROS. MARKETS

**FOR COURT USE ONLY**

FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

MAR 26 2018

BY _____
SANDRA ORTEGA, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 W. Third Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino CA 92415
BRANCH NAME: Main

CASE NAME: STATER BROS. MARKETS v CAROLINA TRANSPORTATION, INC

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: CIVDS 1807116 |
|---|---|---|
| [X] Unlimited  [ ] Limited (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:  DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403) |
|---|---|---|
| [ ] Auto (22) | [X] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition *(not specified above)* (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties          d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel   e. [ ] Coordination with related actions pending in one or more courts issues that will be time-consuming to resolve                in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence              f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):*
5. This case [ ] is [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. (You may use form CM-015.)
Date: March 23, 2018
Brendan W. Brandt, Esq. (SBN 150603)          ▶ _____
(TYPE OR PRINT NAME)                           (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

San Bernardino District - Civil
247 West Third Street

San Bernardino, CA. 924150210

------------------------------------------------------------

CASE NO: CIVDS1807116

VARNER & BRANDT
3750 UNIVERSITY AVE
SUITE 610
RIVERSIDE CA 92501

NOTICE OF TRIAL SETTING CONFERENCE

IN RE: STATER BROS MARKETS -v- CAROLINA TRANSPORTATION

THIS CASE HAS BEEN ASSIGNED TO: KEITH D DAVIS IN DEPARTMENT S25
FOR ALL PURPOSES.

Notice is hereby given that the above-entitled case has been set for Trial Setting Conference at the court located at 247 WEST THIRD STREET SAN BERNARDINO, CA 92415-0210.

    HEARING DATE: 09/27/18 at 8:30 in Dept. S25


DATE: 03/26/18   Nancy Eberhardt, Court Executive Officer
                                              By: SANDRA ORTEGA
------------------------------------------------------------

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above listed address. I am not a party to this action and on the date and place shown below, I served a copy of the above listed notice:
( ) Enclosed in a sealed envelope mailed to the interested party addressed above, for collection and mailing this date, following standard Court practices.
( ) Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above, or as shown on the attached listing.
( ) A copy of this notice was given to the filing party at the counter
( ) A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file stamped documents.

Date of Mailing: 03/26/18
I declare under penalty of perjury that the foregoing is true and correct. Executed on 03/26/18 at San Bernardino, CA

                              BY: SANDRA ORTEGA


Peter Dubrawski (Bar No. 65677)
pdubrawski@hbblaw.com
Leah B. Mason (Bar No. 240425)
lmason@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendant
CAROLINA TRANSPORTATION INC.

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

MAY 23 2018

BY _____
AMBER M. GEAR, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF SAN BERNARDINO, SAN BERNARDINO DISTRICT

| | |
|---|---|
| STATER BROS. MARKETS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINA TRANSPORTATION, INC.; and DOES 1 through 25, INCLUSIVE,<br><br>Defendants. | Case No. CIVDS1807116<br><br>**ANSWER OF CAROLINA TRANSPORTATION INC.**<br><br>The Hon. Keith D. Davis, Dept. S25<br><br>Action Filed:   March 26, 2018<br>Trial Date:      TBD |

Defendant Carolina Transportation Inc. for itself and for no other defendants, answers plaintiff's Complaint as follows:

Pursuant to the provisions of section 431.30(d) of the California Code of Civil Procedure, this answering defendant denies each, every and all of the allegations in the Complaint, and all of it, and denies the plaintiff has or will sustain damages in the sum or sums alleged, or in any other sum or sums, or at all. Further answering plaintiff's Complaint, each and every cause of action contained in it, and all of it, this answering defendant denies that the plaintiff has or will sustain any injury, damage or loss, if any, by reason of any act or omission on the part of this answering defendant.

CT17-0000001
12646477.1

1
ANSWER OF CAROLINA TRANSPORTATION INC.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

The Complaint, each and every cause of action contained in it, and all of it, fails to state facts sufficient to constitute a cause of action against this answering defendant.

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Plaintiff failed to bring its claims within the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

If plaintiff sustained any damages as a result of the incident complained of herein, then plaintiff proximately caused, aggravated, and/or failed to take proper action to reduce and/or mitigate said damages.

## FOURTH AFFIRMATIVE DEFENSE

### (Accord and Satisfaction)

The Complaint is barred and fails to state a cause of action by reasons of the provisions of Civil Code section 1521, et seq., concerning accord and satisfaction.

## FIFTH AFFIRMATIVE DEFENSE

### (Substantial Compliance)

This answering defendant substantially complied with all contracts to which it was a party.

## SIXTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiff's conduct with respect to matters alleged in the Complaint deprives plaintiff of clean hands, and by reason of not coming into Court with clean hands, Plaintiff is precluded from recovery in the within action.

## SEVENTH AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

The Complaint and all of its causes of action therein are barred by the doctrine of unjust enrichment, and that plaintiff would be unjustly enriched by the requested relief.

## EIGHTH AFFIRMATIVE DEFENSE

### (Waiver)

The Complaint and all of its causes of action therein are barred by the doctrine of waiver.

## NINTH AFFIRMATIVE DEFENSE

### (Estoppel)

The Complaint and all of its causes of action therein are barred by the doctrine of estoppel.

## TENTH AFFIRMATIVE DEFENSE

### (Ratification)

The Complaint and all of its causes of action therein are barred by the doctrine of ratification.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Laches)

The Complaint and all of its causes of action therein are barred by the doctrine of laches.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, these answering defendants pray:

1. That the plaintiff takes nothing;

2. Reasonable attorneys' fees and the cost of suit; and

3. For such other and further relief as this Court deems just and proper.

Dated: May 23, 2018                HAIGHT BROWN & BONESTEEL LLP

By: *[signature]* for
Peter Dubrawski
Leah B. Mason
Attorneys for Defendant
CAROLINA TRANSPORTATION INC.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

*Stater Bros Market v. Carolina Transportation, Inc.*
Case No. CIVDS1807116

    At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, CA 90071.

    On May 23, 2018, I served true copies of the following document(s) described as **ANSWER OF CAROLINA TRANSPORTATION INC.** on the interested parties in this action as follows:

| | |
|---|---|
| Brendan W. Brandt, Esq.<br>VARNER & BRANDT LLP<br>3750 University Avenue, Suite 610<br>Riverside, CA 92501 | Attorneys for Plaintiff Stater Bros Market<br><br>Tel: (951) 274-7777<br>Fx: (951) 274-7770 |

    **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Haight Brown & Bonesteel LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on May 23, 2018, at Los Angeles, California.

*/s/ Sebrena Smith*
Sebrena Smith

---

CT17-0000001
12646477.1

ANSWER OF CAROLINA TRANSPORTATION INC.

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, Address, Telephone Number):<br>Peter Dubrawski [SBN 65677] / Sinny Thai [SBN 278644]<br>Haight, Brown & Bonesteel LLP / Tel: (213) 542-8000<br>555 S. Flower Street, 45th Fl., Los Angeles, CA 90071<br>Attorneys for Defendant Carolina Transportation Inc.<br>Superior Court of California, County of San Bernardino<br>247 West Third Street<br>San Bernardino, CA 92415 | FOR COURT USE ONLY |
| TITLE OF CASE:<br>STATER BROS. MARKETS v CAROLINA TRANSPORTATION, et al. | |
| **GENERAL CIVIL CASE AT-ISSUE MEMORANDUM** ☐ COUNTER | CASE NUMBER:<br>CIVDS1807116 |

**THE COURT IS REQUESTED TO SET THIS CASE FOR TRIAL:**

1. I, Peter Dubrawski, declare:
   a. ☐ All essential parties have been served with process or have appeared and this action is at issue. I request that all unserved parties named in my pleading, except fictitiously named parties, be dismissed without prejudice.
   b. ☐ All essential parties have not been served with process or appeared and this action is NOT at issue.
   c. ☑ I represent a defendant and I believe this action is at issue and ready to be set for trial.
2. ☑ A jury trial is demanded.
3. Estimated time for trial: _____ hours  5  days
4. Case entitled to preference; ☐ Yes. Code and Section: _____
5. Date complaint was filed: 03/26/2018
6. List all other names, addresses, and telephone numbers of attorneys for the parties or of parties appearing without counsel

| | | |
|---|---|---|
| Haight Brown & Bonesteel LLP<br>555 S. Flower Street, 45th Floor<br>Los Angeles, CA 90071; (213) 542-8000 | **Representing:**<br>☐ Plaintiff<br>☐ Cross-Complainant | ☑ Defendant<br>☐ Cross-Defendant |
| VARNER & BRANDT LLP<br>3750 University Avenue, Suite 610<br>Riverside, CA 92501; (951) 274-7777 | **Representing:**<br>☑ Plaintiff<br>☐ Cross-Complainant | ☐ Defendant<br>☐ Cross-Defendant |
| | **Representing:**<br>☐ Plaintiff<br>☐ Cross-Complainant | ☐ Defendant<br>☐ Cross-Defendant |
| | **Representing:**<br>☐ Plaintiff<br>☐ Cross-Complainant | ☐ Defendant<br>☐ Cross-Defendant |

7. ☐ See attached for additional parties

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 09/10/2018

Peter Dubrawski
(Type or Print Name)                (Signature)

13-12390-360 Civil (new 9/2013)
Optional

GENERAL CIVIL CASE AT- ISSUE MEMORANDUM

| CASE TITLE | CASE NUMBER |
|---|---|
| Stater Bros. v Carolina | CIVDS1807116 |

## PROOF OF SERVICE BY MAIL

(Must be completed in full or General Civil At-Issue Memorandum will not be accepted for filing)

Any party not in agreement with this General Civil At-Issue Memorandum shall within 10 days after service thereof, serve and file its own General Civil At-Issue Memorandum.

At the time of mailing, I was at least 18 years of age, not a party to this cause and a resident of or employed in the county where the mailing occurred.

My residence or business address is (specify):

555 S. Flower St. 45th Floor, Los Angeles, CA 90071

I enclosed a true copy of this Notice of General Civil At-Issue Memorandum and referenced documents in a sealed envelope by first-class, postage fully prepaid mail and deposited the envelope ☐ directly in the United States mail **OR** ☑ at my place of business for same-day collection and mailing with the United States mail, following our ordinary business practices with which I am readily familiar.

The envelope was addressed and mailed as follows:

1) Addressed as shown in Item 6 ☑ and in Attachment 7 ☐
2) Date of mailing: 09/10/2018
3) Place of mailing: (City and State): Los Angeles, CA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 09/10/2018

Laura Baker
(Type or Print Name of Declarant)

*/s/ Laura Baker*
(Signature of Declarant)

Peter Dubrawski (Bar No. 65677)
 pdubrawski@hbblaw.com
Leah B. Mason (Bar No. 240425)
 lmason@hbblaw.com
Sinny B. Thai (Bar No. 278644)
 sthai@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendant
CAROLINA TRANSPORTATION INC.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN BERNARDINO, SAN BERNARDINO DISTRICT

| | |
|---|---|
| STATER BROS. MARKETS,<br><br>  Plaintiff,<br><br>v.<br><br>CAROLINA TRANSPORTATION, INC.;<br>and DOES 1 through 25, INCLUSIVE,<br><br>  Defendants. | Case No. CIVDS1807116<br><br>**NOTICE OF DEPOSIT OF JURY FEES**<br><br>The Hon. Keith D. Davis, Dept. S25<br><br>Action Filed:   March 26, 2018<br>Trial Date:     TBD |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Carolina Transportation Inc. hereby deposits its $150.00 jury fees, pursuant to C. C. P. Section 631.

Dated: September 10, 2018

HAIGHT BROWN & BONESTEEL LLP

By: /s/ Peter Dubrawski
Peter Dubrawski
Leah B. Mason
Sinny B. Thai
Attorneys for Defendant
CAROLINA TRANSPORTATION INC.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

*Stater Bros Market v. Carolina Transportation, Inc.*
Case No. CIVDS1807116

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, CA 90071.

On September 10, 2018, I served true copies of the following document(s) described as **NOTICE OF DEPOSIT OF JURY FEES** on the interested parties in this action as follows:

Brendan W. Brandt, Esq.
VARNER & BRANDT LLP
3750 University Avenue, Suite 610
Riverside, CA 92501

Attorneys for Plaintiff Stater Bros Market
Tel: (951) 274-7777
Fx: (951) 274-7770

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Haight Brown & Bonesteel LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 10, 2018, at Los Angeles, California.

*Laura Baker*
Laura Baker

CT17-0000001
12738405.1

NOTICE OF DEPOSIT OF JURY FEES